ROBERT J. GREEN, Respondent, v. STATE OF NEW YORK, Appellant (Claim No. 43981.) C. B. VAN ALEN, INC., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 43982.) — GIBSON, P. J.

748

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.